**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

KEVIN PITTMAN,               :   No. 90 MAL 2016

          Petitioner      :

                                :   Petition for Allowance of Appeal from
                                :   the Order of the Commonwealth Court
         v.                :

                                :

PENNSYLVANIA BOARD OF    :
PROBATION AND PAROLE,      :

         Respondent     :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of May, 2016, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by petitioner, is:

> Did the Parole Board abuse its discretion by summarily denying
> petitioner credit against his maximum sentence for time that he
> spent at liberty on parole following his recommitment as a
> convicted parole violator?